1  LOBB CLIFF & LESTER, LLP
   Mark Lobb [SBN 148771] *(mlobb@lcl-law.com)*
2  Orlando J. Villalba [SBN 232165] *(ovillalba@lcl-law.com)*
   1325 Spruce Street, Suite 300
3  Riverside, California  92507
   Telephone:  (951) 788-9410
4  Facsimile:  (951) 788-0766

5  Attorneys for Defendants and Counter-Claimants,
   Westech Industries, Inc.; Gold Star Equipment Rentals, Inc.;
6  Leon Wayne McCurley; Ruby McCurley; Kellie Shelton;
   Westech/Goldstar 401(k) Plan; and Westech/Gold Star Group Health Plan
7

8              **UNITED STATES DISTRICT COURT**

9      **CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

10

11  DIANNE SMITH, an individual,          )   Case No. EDVC 09-103-VAP (RCx)
                                          )
12              Plaintiff,                )   *[Assigned for All Purposes to:*
                                          )   *The Hon. Virginia A. Phillips, Courtroom 2]*
13  vs.                                   )
                                          )
14  WESTECH INDUSTRIES, INC., et al.,     )   **JOINT STIPULATION**
                                          )   **REGARDING DISMISSAL OF**
15              Defendants.               )   **ENTIRE ACTION PURSUANT**
                                          )   **TO FRCP 41(a)(1)(A)(ii)**
16  ─────────────────────────────────    )
                                          )
17  WESTECH INDUSTRIES, INC., et al.,     )
                                          )
18              Counter-Claimants,        )
                                          )
19  vs.                                   )
                                          )
20  DIANNE SMITH, et al.,                 )
                                          )
21              Counter-Defendants.       )

22      WHEREAS, this Joint Stipulation Regarding Dismissal of Entire Action is

23  submitted pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) by Plaintiff and

24  Counter-Defendant Dianne Smith and Defendants and Counter-Claimants Westech

25  Industries, Inc.; Gold Star Equipment Rentals, Inc., Leon Wayne McCurley; Ruby

26  McCurley; Kellie Shelton; Westech/Gold Star 401(k) Plan; and Westech/Gold Star

27  Group Health Plan (collectively the "Parties");

28  ///

1   WHEREAS, the Parties have agreed to dismiss all claims and counter-claims

2   in the instant action due to the pending related state court action entitled, *Westech*

3   *Industries v. Smith, et. al*, which is currently pending in the Superior Court of

4   California, County of San Bernardino, Case No. CIVVS 801063;

5   WHEREAS, the Parties have entered into a Tolling Agreement in order to,

6   among other things, preserve the statute of limitations for a second lawsuit

7   contemplated by Smith against Defendants based upon allegations similar to those

8   alleged in the instant action;

9   WHEREAS, on March 26, 2009, The Honorable Virginia Phillips entered an

10   order entitled, "Order Regarding 401(k) Funds," which the Parties have agreed shall

11   remain valid and binding, notwithstanding the voluntary dismissal, without prejudice,

12   of the instant action, until Westech and Smith agree in writing that such Order is no

13   longer necessary or a Federal Court of competent jurisdiction expressly rules that

14   such Order is revoked, whichever event occurs first;

15   Based upon the foregoing, **IT IS HEREBY STIPULATED AND AGREED**

16   **TO**, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1325 SPRUCE STREET, SUITE 300
RIVERSIDE, CALIFORNIA 92507

1   between the Parties, through their respective counsel of record, that this entire action

2   is hereby dismissed without prejudice.

3

4                                                              LANZA & GOOLSBY, APC

5   Dated: _9/15_, 2009                      By: _____

6                                                              Anthony Lanza
                                                               Attorneys for Plaintiff and
7                                                              Counter-Defendant Dianne Smith

8

9                                                              LOBB CLIFF & LESTER, LLP

10  Dated: _____, 2009                  By: _____

11                                                             Mark Lobb
                                                               Orlando J. Villalba
12                                                             Attorneys for Defendants and
                                                               Counter-Claimants, Westech
13                                                             Industries, Inc.; Gold Star
                                                               Equipment Rentals, Inc.; Leon
14                                                             Wayne McCurley; Ruby McCurley;
                                                               Kellie Shelton; Westech/Goldstar
15                                                             401(k) Plan; and Westech/Gold Star
                                                               Group Health Plan

16

17

18

19

20

21

22

23

24

25

26

27

28

1 | between the Parties, through their respective counsel of record, that this entire action
2 | is hereby dismissed without prejudice.

3

LANZA & GOOLSBY, APC

5 | Dated: _____, 2009     By: _____

6 |                                     Anthony Lanza
7 |                                     Attorneys for Plaintiff and
                                        Counter-Defendant Dianne Smith

8

9                                 LOBB CLIFF & LESTER, LLP

10 | Dated: Sep. 16, 2009      By: _____

11 |                                    Mark Lobb
                                        Orlando J. Villalba
12 |                                    Attorneys for Defendants and
                                        Counter-Claimants, Westech
13 |                                    Industries, Inc.; Gold Star
                                        Equipment Rentals, Inc.; Leon
14 |                                    Wayne McCurley; Ruby McCurley;
                                        Kellie Shelton; Westech/Goldstar
15 |                                    401(k) Plan; and Westech/Gold Star
                                        Group Health Plan

16

17

18

19

20

21

22

23

24

25

26

27

28

LOBB CLIFF & LESTER, LLP
1325 Spruce Street, Suite 300
Riverside, California 92507